UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | **Chapter 13 Proceeding** |
| **RICHARD HARRIGAN** ) | |
| ) | **Case No. 05-69027** |
| **DEBTOR** ) | |

## NOTICE FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND 6047BK

    Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit $44.28 into U. S. Treasury Fund 6047BK for the following reason:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That Platinum Financial Services filed a Proof of Claim c/o Wolpoff & Abramson LLP on December 3, 2005 in the amount of $1,335.43.
3. That the Trustee sent payment and said payment in the amount of $44.28 in May of 2009 which remains uncashed.

    WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $44.28 into U.S. Treasury Fund 6047BK on behalf of creditor Platinum Financial Services c/o Wolpoff & Abramson LLP whose last known address was 702 King Farm Blvd., Rockville, MD 20850-5775.

    /s/    Paul R. Chael
    Paul R. Chael, Trustee
    Indiana Attorney #3881-45

## CERTIFICATE OF SERVICE

    I hereby certify that on August 31, 2009 service of a true and complete copy of the above and foregoing pleading was sent electronically to the U.S. Trustee and the attorney for the Debtor and mailed by first class mail, postage prepaid, to the debtors at the following address:

    /s/   Paul R. Chael
    Paul R. Chael, Chapter 13 Trustee
    401 West 84th Drive, Suite C
    Merrillville, IN 46410
    219-650-4015

Richard Harrigan, 780 Water Street, Hobart, IN 46342